IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**KIERSTAN GAYLE WARD,**                )
                                        )
       **Plaintiff,**             )
                                        )
v.                                      )    Case No. CIV-25-135-GLJ
                                        )
**FRANK J. BISIGNANO,**[1]              )
**Commissioner of the Social**          )
**Security Administration,**            )
                                        )
       **Defendant.**             )

## OPINION AND ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon consideration, the Court finds Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 13] should be GRANTED.

Accordingly, this Court hereby **REVERSES** the Commissioner's decision under Sentence four of 42 U.S.C. § 405(g) with **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] On May 6, 2025, Frank J. Bisignano became the Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted for Leland Dudek as the Defendant in this action.

**IT IS SO ORDERED** this 25th day of July 2025.

                                            **GERALD L. JACKSON**
                                            **UNITED STATED MAGISTRATE JUDGE**